# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DIANNE KHAN,**
      **Plaintiff,**

    v.                                                          Case No. 14-C-0285

**UNITED STATES OF AMERICA,**
**UNITED STATES MARSHALS SERVICE, and**
**JOHN DOE,**
      **Defendants.**

---

## ORDER

Dianne Khan has filed a lawsuit in which she alleges that deputy U.S. Marshals deprived her of her rights under the Fourth Amendment to the Constitution. Ordinarily, a plaintiff must pay a statutory filing fee to bring an action in federal court. 28 U.S.C. § 1914(a). However, the plaintiff has petitioned for leave to proceed without prepayment of the filing fee, pursuant to 28 U.S.C. § 1915. Having reviewed plaintiff's petition, I conclude that it should be granted.

When I grant a request to proceed without prepayment of the filing fee, I usually direct that service of process be made by the U.S. Marshals service. See Fed. R. Civ. P. 4(c)(3). However, because the Marshals Service is a defendant, I will direct that the Clerk of Court issue the summonses to the plaintiff so that she may choose how to serve the defendants.

**THEREFORE, IT IS HEREBY ORDERED** that plaintiff's request to proceed without prepayment of the filing fee is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court issue the summonses to the plaintiff.

Dated at Milwaukee, Wisconsin this 31st day of March, 2014.

                                          s/ Lynn Adelman
                                          _____
                                          LYNN ADELMAN
                                          District Judge